

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00149-CV

| | | |
|---|---|---|
| Margaret Kinsley, Individually and on behalf of Laddie Frances Kinsley, deceased | § | From the 442nd District Court |
| | § | of Denton County (2013-71549-431) |
| v. | § | |
| | | April 6, 2017 |
| | § | |
| Cartwright's Ranch House, LLC and John Clayton Cartwright | | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Margaret Kinsley, Individually and on behalf of Laddie Frances Kinsley, deceased, shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
    Justice Sue Walker